**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC.,<br><br>     Plaintiff,<br><br>   v.<br><br>FOREVER 21, INC.,<br><br>     Defendant. | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case No. _08 CV 1596_

FILED
Mar. 19, 2008
Michael W. Dobbins

Judge Gottschall
Magistrate Judge
Mason

**COMPLAINT**

Plaintiff Adel Rootstein (U.S.A.), Inc. ("Rootstein") seeks injunctive and monetary relief from Defendant Forever 21, Inc. ("Forever 21") for infringement of Rootstein's copyrighted and world-famous mannequin designs. As alleged more fully below, Forever 21 has violated, and continues to violate, the Copyright Act of 1976 as amended, 17 U.S.C. § 101, *et seq.* (the "Copyright Act"), and breached a previous settlement contract with Rootstein, through its unauthorized reproduction and display of copies of Rootstein's artistic and exclusive mannequin designs of supermodels and other figures, in direct competition with Rootstein.

**PARTIES**

1.     Plaintiff Rootstein is a New York corporation having its principal place of business at 205 West 19th Street, New York, New York 10011. Rootstein is a wholly owned subsidiary of Adel Rootstein (Overseas) Ltd., a private limited company organized under the laws of the United Kingdom, which is a wholly owned subsidiary of The Rootstein Hopkins Group Ltd., a private limited company organized under the laws of the United Kingdom. Rootstein designs and manufactures premium artistic mannequins of supermodels and other

figures, frequently in fanciful poses, for sale to premium retailers and to art collectors in the United States and for export and sale throughout the world.

2.      Upon information and belief, Forever 21 is a California corporation with its principal place of business at 2001 S. Alameda Street, Los Angeles, CA 90058.  Forever 21 is engaged in the retail apparel business, selling men's and women's apparel and related items in retail outlets across the United States and through its website.

## JURISDICTION AND VENUE

3.      This Court has personal jurisdiction over Forever 21 because it conducts business and uses infringed copies of Rootstein's designs in the State of Illinois and within this judicial district.  Forever 21 owns and operates several retail shops in the State of Illinois and in this judicial district.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.  Subject matter jurisdiction is proper under Section 1331 and 1338 because Rootstein asserts claims under the federal Copyright Act.  This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Rootstein's pendent state law claim.

5.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) and (c), as upon information and belief, a substantial part of the activities giving rise to the claims asserted occurred and are continuing in this judicial district.

## ROOTSTEIN'S FAMOUS MANNEQUIN DESIGNS

6.      Rootstein is in the business of designing, manufacturing, distributing, and selling high-end specialty mannequins.

7.    Rootstein, formed in 1956, created a revolutionary line of display mannequins with an innovative outlook in design and ideas which made its founder, Adel Rootstein, world-famous in her field.

8.    For the past 50 years, Rootstein has been designing artistic mannequins that are sculpted by artists and inspired by famous models, singers, actors, and other personalities. Rootstein's famous inspirations include supermodels from Twiggy in the 1960s to Erin O'Connor today, as well as actresses such as Joan Collins.   Rootstein's exclusive clientele includes Oscar de la Renta, Chanel, and Bergdorf Goodman, who seek to display mannequins as sculpted and exclusive artwork.

9.    Each of its Rootstein's original designs begins life in the hands of a master sculptor before being transformed into a unique mannequin.  Rootstein creates new and fanciful poses for each of its subjects that emphasize and interpret the individual's natural beauty and form.

10.    Rootstein is the owner of the following U.S. Copyright Registrations for its mannequin designs:

| Title | Reg. No. | Reg. Date |
|-------|----------|-----------|
| Erin (ER2) | VA 1-381-760 | August 31, 2006 |
| Eva (BN5) | VA 1-381-756 | August 31, 2006 |
| Marianna (G7) | VA 1-381-757 | August 31, 2006 |
| Catherine (G8) | VA 1-381-758 | August 31, 2006 |
| Susie (LIF7) | VA 1-381-759 | August 31, 2006 |
| Helga (RF3) | VA 1-381-761 | August 31, 2006 |

Copies of the registration certificates are attached collectively as Exhibit A.

11.    Rootstein is also the owner of the following pending U.S. Copyright Applications for its mannequin designs:

| Title | Reg. No. | Application Date |
|-------|----------|------------------|
| Adela (P10) | N/A | November 9, 2007 |
| Line (NM3) | N/A | November 9, 2007 |
| Lidija (AR2) | N/A | November 9, 2007 |
| Anne (AN2) | N/A | November 9, 2007 |

Copies of the applications are attached collectively as Exhibit B.

12.    Rootstein sells its mannequins to numerous clients in Chicago, Illinois including Marshall Fields (now Macy's), Neiman Marcus and Saks Fifth Avenue.

13.    Rootstein expends substantial time, money and creative effort in the development and creation of each of its mannequin designs.

14.    To create and maintain goodwill among its customers, Rootstein has taken substantial steps to assure that all of its mannequins are of the highest quality.

15.    As a consequence of the extensive advertising and promotion by Rootstein, and as a result of the substantial sales that Rootstein has generated for its mannequin designs, Rootstein has developed enormous recognition for its mannequins, and has acquired and enjoys an immensely valuable reputation and tremendous goodwill associated with each of its original designs.

## FOREVER 21'S WRONGFUL ACTIVITIES

16.     Rootstein recently discovered that Forever 21 is using and displaying copies of Rootstein's Erin (ER2), Adela (P10), Line (NM3), Lidija (AR2), and Anne (AN2) mannequin designs in its mass market retail stores.

17.     More particularly, Forever 21 purchased some of Rootstein's mannequins and then began using reproductions of Rootstein's designs.

18.     Forever 21 willfully copied those designs without authorization from Rootstein.

19.     Forever 21's unauthorized copies of Rootstein's mannequins are manufactured with lower grade materials and are of an inferior quality to Rootstein's mannequins.

20.     Forever 21 uses unauthorized copies of Rootstein's mannequin designs in its retail stores in Illinois and in this judicial district.

21.     Forever 21 is not affiliated with or sponsored by Rootstein, and has never been authorized by Rootstein or any of its subsidiaries, affiliates or authorized agents to use Rootstein's mannequin designs.

22.     On April 4, 2007, Rootstein notified Forever 21 of Rootstein's rights in its mannequin designs and requested that Forever 21 cease purchasing and using unauthorized copies of these copyrighted designs.

23.     On August 23, 2007, Rootstein and Forever 21 signed a Settlement Agreement to resolve the parties' dispute over Forever 21's use of certain Disputed Mannequin Designs.  A copy of the Settlement Agreement is attached as Exhibit C.

24.     The Settlement Agreement provided that Forever 21 could continue to use the Disputed Mannequin Designs until January 31, 2008 in exchange for a payment of $75,000 to Rootstein.  (Exhibit C, at § 2.1.)  The Settlement Agreement, however, prohibited Forever 21

from ordering any of the Disputed Mannequin Designs or similar copies of Rootstein Designs. (*Id.*)   The agreement also provided that Forever 21 would "permanently refrain from reproducing, displaying, importing, advertising, marketing, promoting, licensing or otherwise distributing, either directly or through any third party, all of the Disputed Mannequin Designs and any copies or substantially similar copies of the Rootstein Mannequins after January 31, 2008." (*Id.*)

25.     The Settlement Agreement also required Forever 21 to destroy all copies or substantially similar copies of Rootstein's mannequin designs after January 31, 2008.  (Exhibit C, at § 2.2.)

26.     Additionally, the Settlement Agreement stated that a breach of Forever 21's obligations under the Settlement Agreement would result in irreparable injury and that it would be difficult or impossible to establish the full monetary value of such damage.  (Exhibit C, at § 3.)  As such, any breach by Forever 21 of its obligations under the Settlement Agreement would entitle Rootstein to immediate injunctive relief.  (*Id.*)

27.     Despite its obligations under the Settlement Agreement, and despite attempts by Rootstein to resolve this dispute amicably, Forever 21 continues to use unauthorized copies of Rootstein mannequin designs in its retail outlets.

28.     Forever 21's unauthorized reproduction and use of Rootstein's original copyrighted mannequin designs deprives Rootstein of the benefit of its copyright registrations.

29.     Rootstein has lost and will continue to lose substantial revenue from Forever 21's copyright infringement in the manner described above.

30.     Unless these acts of Forever 21 are restrained by this Court, they will continue to cause irreparable injury to Rootstein for which there is no adequate remedy at law.

## COUNT I
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

31.     Rootstein realleges and incorporates herein the allegations in Paragraphs 1 through 30 of this Complaint.

32.     Forever 21's unauthorized reproduction and use of copies of Rootstein's mannequin designs infringes Rootstein's copyrights in these designs.

33.     The acts of Forever 21 complained of herein constitute copyright infringement in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

34.     Forever 21's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of Rootstein's rights in its mannequin designs.

35.     As a result of the foregoing alleged actions of Forever 21, it has been unjustly enriched and Rootstein has been injured and damaged.

36.     Unless the foregoing alleged actions of Forever 21 are enjoined, Rootstein will continue to suffer injury and damage.

## COUNT II
## BREACH OF CONTRACT

37.     Rootstein realleges and incorporates herein the allegations in Paragraphs 1 through 36 of this Complaint.

38.     In the Settlement Agreement, Forever 21 agreed to cease using or displaying the Disputed Mannequin Designs and any copies or substantially similar copies of the Rootstein Mannequin designs.  (Exhibit C, at § 2.1.)

39.     Upon information and belief, Forever 21 continues to display several copies of the Rootstein Mannequin designs in Forever 21 retail outlets.

40.     Forever 21's breaches of its obligations under the Settlement Agreement have caused Rootstein to suffer injury and damage.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, Rootstein respectfully prays for relief as follows:

1.      Judgment be entered for Rootstein.

2.      Forever 21, its agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, and offering for sale and/or selling any mannequins that are substantially similar to Rootstein's mannequin designs, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing the same in Forever 21's possession or control.

3.       An accounting be directed to determine Rootstein's actual damages and Forever 21's profits resulting from its activities, and that such actual damages and profits be paid to Rootstein and increased as the Court finds to be just under the circumstances of this case.

4.      Forever 21 be required to pay Rootstein's attorneys' fees and costs of this action.

5.      Rootstein recover such other relief as the Court may deem appropriate.

Dated:  March 19, 2008                    Respectfully submitted,

                                          Adel Rootstein (U.S.A.), Inc.


                                          By:    /s/ Matthew M. Neumeier
                                                 Matthew M. Neumeier
                                                 HOWREY LLP
                                                 321 N. Clark St. Suite 3400
                                                 Chicago, IL 60610
                                                 Telephone: (312) 595-1239
                                                 Fax: (312) 595-2250
                                                 Email: neumeierm@howrey.com

                                                 OF COUNSEL:

                                                 John G. Froemming
                                                 Jessica D. Bradley
                                                 HOWREY LLP
                                                 1299 Pennsylvania Ave., NW
                                                 Washington, DC 20004
                                                 Telephone: (202) 783-0800
                                                 Fax: (202) 383-6610

                                                 Attorneys for Plaintiff
                                                 Adel Rootstein (U.S.A.), Inc.

08 CV 1596
MAR. 19, 2008
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

# Exhibit A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-381-760**

EFFECTIVE DATE OF REGISTRATION

*August 31 2006*
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

Erin (ER2)

NATURE OF THIS WORK ▼ See Instructions

Sculptured mannequin inspired by supermodel Erin in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in **New York**

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed    2002
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December  Day 1  Year 2002
Nation USA

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | STJ | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

Area code and daytime telephone number   ( 202 ) 383-6883      Fax number   ( 202 ) 383-6610

Email  bradleyj@howrey.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward      Date 8/24/6

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Jessica D. Bradley | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1299 Pennsylvania Avenue, NW | |
| | City/State/ZIP ▼ Washington, DC 20004-2402 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES ████████

**VA 1-381-755**

████████████████████

**EFFECTIVE DATE OF REGISTRATION**

August 31 2006
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Eva (BNS)

**NATURE OF THIS WORK ▼** See instructions
Sculptured mannequin inspired by supermodel Eva in specified pose

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Adel Rootstein (U.S.A.) Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in New York

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to this Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1992
Year In all cases
This information must be given ONLY if this work has been published.

**b** **Date and Nation of First Publication of This Particular Work**
Month December Day 1 Year 1992
USA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 31 2006
**ONE DEPOSIT RECEIVED**
AUG 31 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of __ pages

| EXAMINED BY | STI | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

Area code and daytime telephone number  ( 202 ) 383-6883    Fax number  ( 202 ) 383-6610

Email  bradleyj@howrey.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
{ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲ }

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward    Date  8/24/6

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jessica D. Bradley

Number/Street/Apt ▼
1299 Pennsylvania Avenue, NW

City/State/ZIP ▼
Washington, DC 20004-2402

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-381-757**

EFFECTIVE DATE OF REGISTRATION

*August 31 2006*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Marianna (G7)

NATURE OF THIS WORK ▼ See instructions

Sculptured mannequin inspired by supermodel Marianna in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
{ Citizen of _____
OR { Domiciled in New York

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
{ Citizen of _____
OR { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1991
Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December    Day 1    Year 1991    USA    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _2_ pages

| EXAMINED BY | $ST1$ | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
**a**
**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

Area code and daytime telephone number  ( 202 ) 383-6883       Fax number  ( 202 ) 383-6610

Email  bradleyj@howrey.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward       Date  8/29/06

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Jessica Bradley E / MIA · | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1299 Pennsylvania Avenue, NW | |
| | City/State/ZIP ▼ Washington, DC 20004-2402 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-301-758

**EFFECTIVE DATE OF REGISTRATION**

August 31 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Catherine (G8)

**NATURE OF THIS WORK ▼** See Instructions
Sculptured mannequin inspired by supermodel Catherine in specified pose

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**

**NAME OF AUTHOR ▼**
Adel Rootstein (U.S.A.) Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in New York }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___ }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**
**a**

**Year in Which Creation of This Work Was Completed**
1991    Year    This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December    Day 1    Year 1991
USA    Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

Area code and daytime telephone number   ( 202 ) 383-6883          Fax number   ( 202 ) 383-6610

Email  bradleyj@howrey.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Adel Rootstein (U.S.A.) Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward          Date  8/29/6

Handwritten signature (X) ▼

X

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jessica D. Bradley

Number/Street/Apt ▼
1299 Pennsylvania Avenue, NW

City/State/ZIP ▼
Washington, DC 20004-2402

**9**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-361-759**

EFFECTIVE DATE OF REGISTRATION

*August 31 2006*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Susie (LIF7)

NATURE OF THIS WORK ▼ See instructions

Sculptured mannequin inspired by supermodel Susie in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in New York

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** Year in Which Creation of This Work Was Completed
1992 Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December    Day 1    Year 1992
USA    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | 571 | FORM VA |
| CHECKED BY | | |

☐ **CORRESPONDENCE**  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue. NW
Washington, DC 20004-2402

Area code and daytime telephone number  ( 202 ) 383-6883     Fax Number  ( 202 ) 383-6610

Email  bradleyj@howrey.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward     Date  8/24/6

Handwritten signature (X) ▼

x

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jessica D. Bradley
Number/Street/Apt ▼
1299 Pennsylvania Avenue, NW
City/State/ZIP ▼
Washington, DC 20004-2402

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-381-761**

**EFFECTIVE DATE OF REGISTRATION**

*August 31 2006*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Helga (RF3)

**NATURE OF THIS WORK ▼** See Instructions

Sculptured mannequin inspired by supermodel Helga in specified pose

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   Adel Rootstein (U.S.A.) Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in   New York

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
1990
Year in all cases.

This information must be given

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month   December   Day   1   Year   1990
USA
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 31 2006
ONE DEPOSIT RECEIVED
AUG 31 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY | STJ | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jessica D. Bradley
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Area code and daytime telephone number    ( 202 ) 383-6883          Fax number    ( 202 ) 383-6610

Email  bradleyj@howrey.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ 
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Steward                                        Date 8/24/6

Handwritten signature (X) ▼
X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Jessica D. Bradley |  |
| | Number/Street/Apt ▼<br>1299 Pennsylvania Avenue, NW | |
| | City/State/ZIP ▼<br>Washington, DC 20004-2402 | |

* Complete all necessary spaces
* Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

08 CV 1596
MAR. 19, 2008
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

# Exhibit B

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Adela (P10)

NATURE OF THIS WORK ▼ See instructions

Sculptured mannequin inspired by
Supermodel Adela in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**NAME OF AUTHOR ▼**

Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  New York

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture       ☐ Map                 ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph          ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design      ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map                 ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph          ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design      ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

Year in Which Creation of This Work Was Completed  2003
This information must be given Year in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December   Day 1   Year 2003
USA                                          Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶**    · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.    · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>    Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicole McHenry
Adel Rootstein (USA) Inc.
205 West 19th Street
New York, NY 10011

Area code and daytime telephone number  ( 212 ) 645-2020          Fax number  ( 212 ) 929-0342

Email  nicole@rootstein.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Adel Rootstein (U.S.A.) Inc.**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward          Date  11/9/07

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Nicole McHenry / Adel Rootstein |
|---|---|
| | Number/Street/Apt ▼<br>205 West 19th Street |
| | City/State/Zip ▼<br>New York, NY 10011 |

**YOU MUST**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA           VAU

EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Line (NM3)

NATURE OF THIS WORK ▼ See instructions
Sculptured mannequin inspired by
Supermodel Line in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

NAME OF AUTHOR ▼

Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    Domiciled in  New York

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate boxes). See instructions
☑ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

Year in Which Creation of This Work Was Completed   1999
This information must be given  Year in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February  Day 01  Year 1999
U.S.A.          Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ _____    **Account Number** ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Nicole McHenry
Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011
Area code and daytime telephone number    ( 212 ) 645-2020    Fax number    ( 212 ) 929-0342
Email    nicole@rootstein.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▸
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Adel Rootstein (U.S.A.) Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Steward    Date 11/9/07

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Nicole McHenry / Adel Rootstein
**Number/Street/Apt** ▼
205 West 19th Street
**City/State/ZIP** ▼
New York, NY 10011

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA      VAU

EFFECTIVE DATE OF REGISTRATION

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Lidija (AR2)

**NATURE OF THIS WORK ▼** See instructions

Sculptured mannequin inspired by Supermodel Lidija in specified pose

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**

Adel Rootstein (U.S.A.) Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in ____ New York

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**   2002
This information must be given
Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February   Day 01   Year 2002
U.S.A.    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼      **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Nicole McHenry
Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011
Area code and daytime telephone number  ( 212 ) 645-2020      Fax number  ( 212 ) 929-0342
Email  nicole@rootstein.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Steward                                      Date 11/9/07

**Handwritten signature (X)** ▼
X

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Nicole McHenry / Adel Rootstein |
| | **Number/Street/Apt** ▼ 205 West 19th Street |
| | **City/State/ZIP** ▼ New York, NY 10011 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

Anne (AN2)

NATURE OF THIS WORK ▼ See instructions

Sculptured mannequin inspired by
Supermodel Anne in specified pose

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2** NAME OF AUTHOR ▼

a Adel Rootstein (U.S.A.) Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in  New York

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate boxes. **See instructions**
☑ 3-Dimensional sculpture        ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph             ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design         ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate boxes. **See instructions**
☐ 3-Dimensional sculpture        ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph             ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design         ☐ Architectural work

**3**
a Year in Which Creation of This Work Was Completed
2003
This information must be given
Year in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  December  Day  01  Year  2003
U.S.A.
Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY _____ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____  **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____  **Account Number** ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicole McHenry
Adel Rootstein (U.S.A.) Inc.
205 West 19th Street
New York, NY 10011

Area code and daytime telephone number  ( 212 ) 645-2020      Fax number  ( 212 ) 929-0342

Email  nicole@rootstein.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Adel Rootstein (U.S.A.) Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Steward      Date 11/9/07

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

**Name** ▼
Nicole McHenry / Adel Rootstein

**Number/Street/Apt** ▼
205 West 19th Street

**City/State/ZIP** ▼
New York, NY 10011

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2004-325-494/60,126

```
08 CV 1596
MAR. 19, 2008
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON
```

# Exhibit C

<u>Settlement Agreement</u>

This Agreement is made and entered this __23__ day of August, 2007 (the "Effective Date") by and between the Parties, namely Adel Rootstein (USA), Inc., on behalf of itself and its affiliates (collectively "Rootstein"), and Forever 21, Inc., on behalf of itself and its affiliates (collectively "Forever 21");

Whereas Rootstein has extensively promoted and sold its mannequin designs, including but not limited to the mannequins depicted in Exhibit A hereto (collectively the "Rootstein Mannequins");

Whereas Forever 21 has reproduced and displayed mannequins that Rootstein views as substantially similar to its mannequin designs--including but not limited to the mannequins depicted in Exhibit B hereto (the "Disputed Mannequin Designs");

Whereas, without admitting any liability, and expressly denying the same, and solely to avoid the expense and distraction of litigation, Forever 21 wishes to settle its dispute with Rootstein amicably;

Now, therefore, in consideration of the mutual promises and covenants in this Agreement and other good and valuable consideration; the receipt and sufficiency of which are acknowledged, the Parties agree as follows:

1.    <u>Representation and Warranty.</u>  Forever 21 represents and warrants that it has no copies or substantially similar copies of the Rootstein Mannequins on order.

2.    <u>Undertakings by Forever 21</u>

2.1    Rootstein, in consideration of Forever 21 paying a flat fee of $ 75,000.00, will allow Forever 21 to continue to display the Disputed Mannequin Designs until January 31, 2008; provided, however, that Forever 21 shall not order any of the Disputed Mannequin Designs or any copies or substantially similar copies of the Rootstein Mannequins after the Effective Date.   Forever 21 shall cease and permanently refrain from reproducing, displaying, importing, advertising, marketing, promoting, licensing or otherwise distributing, either directly or through any third party, all of the Disputed Mannequin Designs and any copies or substantially similar copies of the Rootstein Mannequins after January 31, 2008.

2.2    All of the Disputed Mannequin Designs and any copies or substantially similar copies of the Rootstein Mannequins shall be destroyed after January 31, 2008, and such destruction shall be certified in writing by an independent company as soon as practicable, but in any event no later than May 1, 2008. Forever 21 will notify Rootstein of any destruction that will take place in the State of New York and a representative of

Rootstein will have the option of attending any such destruction in the State of New York.

     2.3    Subject to Paragraph 2.1, Forever 21 promises and agrees, on its own behalf, and on behalf of any and all of its parents, subsidiaries, affiliates or associated entities, and each of their owners, officers, directors, partners, employees, agents, representatives, attorneys, predecessors, successors, heirs, and assigns that it shall cease and permanently refrain from reproducing, displaying, importing, advertising, marketing, promoting, licensing or otherwise distributing, any copies or substantially similar copies of the Rootstein Mannequins.

     2.4    Within two months of the Effective Date, Forever 21 will provide a full accounting of the number of unauthorized copies or substantially similar copies of the Rootstein Mannequins, as depicted in Exhibit A, in its possession as well as identify the store locations at which the unauthorized copies of the Rootstein Mannequins are displayed. Such accounting will be certified in writing by Forever 21.

     2.5    Within two months of the Effective Date, Forever 21 will provide the name of the manufacturer(s) that produced the Disputed Mannequin Designs, the location of the factory where the Disputed Mannequin Designs were manufactured, and the United States port of entry for the Disputed Mannequin Designs.

     3.    <u>Relief.</u>  The Parties acknowledge that a breach of Section 2 of this Agreement would result in irreparable injury, and that it would be difficult or impossible to establish the full monetary value of such damage. Any breach of this Agreement by Defendant will entitle Plaintiff to immediate injunctive relief, including seizure and destruction of any substantially similar copies of the Rootstein Mannequins.

     4.    <u>Mutual Specific Releases.</u>  Subject to performance of this Agreement, each of the Parties for themselves, their employees, officers, directors, attorneys, representatives, agents, servants, successors and assigns, hereby unconditionally release, acquit and forever discharge each other, their employees, officers, directors, attorneys, representatives, agents, servants, successors and assigns, from any and all actions, causes of actions, claims, debts, disabilities, accounts, demands, damages, claims for indemnification or contributions, costs, expenses or fees whatsoever, whether arising in the United States or elsewhere, whether known or unknown, certain or speculative, asserted or unasserted on account of or concerning the Rootstein Mannequins, occurring prior to the Effective Date of this Agreement. Nothing in this Agreement shall be construed as a limitation on any Party's right to bring any cause of action whatsoever (including without limitation for copyright infringement or unfair competition) against that other Party or against any third party based on events occurring after the Effective Date.

     5.    <u>Entire Agreement.</u>  This Agreement contains the entire understanding and complete agreement of the Parties with respect to the circumstances, matters, events and transactions that are the subject matter of this Agreement, and other understandings or

agreements, if any, previously reached between the Parties are merged into this Agreement. No amendment or modification of this Agreement shall be valid or binding upon the Parties unless made in writing and executed by the Parties.

6.    Geographic Scope of Agreement.  The geographic scope of this Agreement is worldwide.

7.    Agreement Binding.  This Agreement shall be binding upon and inure to the benefit of the Parties and their respective parents, subsidiaries, affiliates, and associated entities and each of their owners, officers, directors, partners, employees, agents, representatives, attorneys, predecessors, successors, heirs, and assigns. The Agreement is a fully negotiated document and shall be deemed to have been jointly drafted by the Parties, and therefore shall not be more strictly construed against any party as the draftsperson.

8.    Choice of Law.  The validity, performance, construction, interpretation, enforcement, and effect of this Agreement shall be governed and enforced in accordance with the substantive laws of the State of Illinois and by federal law as interpreted by the United States Court of Appeals for the Seventh Circuit.  The parties agree that the United States District Court for the Northern District of Illinois shall have personal and subject-matter jurisdiction over any copyright or related federal claims arising from any breach of this Agreement.

9.    Non-Waiver.  Rootstein's failure to insist upon strict performance of any term of this Agreement or to exercise any right provided in this Agreement shall not be construed as a waiver or relinquishment for the future of such term or right, which shall continue in full force and effect.

10.    Counterparts.  This Agreement may be executed in several counterparts, each of which shall be deemed an original, but all together shall constitute one and the same instrument.

In witness whereof, the Parties have caused this Agreement to be executed by their duly authorized representatives as of the date first written above.

Adel Rootstein (USA), Inc.                          Forever 21, Inc.

By: MICHAEL STEWARD                         By: JONG S. KIM

Title: EVP                                               Title: SENIOR VICE PRESIDENT

Date: NOV. 24th 2007                              Date: AUG 23, 2007

# EXHIBIT A





## AR1B

Annie

Wig style brass
Make-up style Gulfing

### Mannequin Sizes

| | | |
|---|---|---|
| HEIGHT | | 179cm |
| BUST | 33 | 84cm |
| WAIST | 25 | 63cm |
| HIP | 33 | 84cm |
| SHOE | 6 | 38 |
| HEEL | | 9cm |

## AR2

Lidija

Wig style Iris
Make-up style Gulfing

### Mannequin Sizes

| | | |
|---|---|---|
| HEIGHT | 69 | 176.9cm |
| BUST | 34 | 86cm |
| WAIST | 24 | 62cm |
| HIP | 35 | 89cm |
| SHOE | 6 | 36 |
| HEEL | | 9cm |





### AR4
Lidia
Wig Stylé Blonde
Make up style Clothing

### Mannequin Sizes

| HEIGHT | 72 | 183cm |
|--------|-----|-------|
| BUST | 33 | 84cm |
| WAIST | 25 | 64cm |
| HIP | 33 | 84cm |
| SHOE | 5 | 38 |
| HEEL | 3.5 | 9cm |

### AR5
Karin
Wig style Brunette
Make up style Clothing

### Mannequin Sizes

| HEIGHT | 72 | 183cm |
|--------|-----|-------|
| BUST | 33 | 84cm |
| WAIST | 25 | 64cm |
| HIP | 33 | 84cm |
| SHOE | 5 | 38 |
| HEEL | 3.5 | 9cm |



## AR8

Ira

Wig style Lounge
Makeup style Gartung

### Mannequin Sizes

| | | |
|---|---|---|
| HEIGHT | 72" | 183cm |
| BUST | 33 | 84cm |
| WAIST | 25 | 63cm |
| HIP | 32 | 84cm |
| SHOE | 5us | 39 |
| HEEL | 4" | 10cm |




| P6 | P10 |
| --- | --- |
| Adela | Adela |
| Wig style Adela | Wig style Paulina |
| Make up style Position Pink | Make up style Position Pink |

### Mannequin Sizes

| HEIGHT | 70 | 178cm |
| --- | --- | --- |
| BUST | 31 | 81cm |
| WAIST | 23 | 62cm |
| HIP | 35 | 44cm |
| SHOE | 6 | 38 |
| HEEL | 3 | 3cm |

### Mannequin Sizes

| HEIGHT | 70 | 178cm |
| --- | --- | --- |
| BUST | 32 | 81cm |
| WAIST | 24.5 | 62cm |
| HIP | 34.5 | 87.5cm |
| SHOE | 6 | 38 |
| HEEL | 3cm | 3cm |



**P5**
Agnes
Wig style Kiri
Make up style Positions shoe

**Mannequin Sizes**

| | | |
|---|---|---|
| HEIGHT | 70" | 178cm |
| BUST | 31½" | 80cm |
| WAIST | 26" | 66cm |
| HIP | 33" | 84cm |
| SHOE | 6 | 39 |
| HEEL | 3½" | 9cm |





## ER1

Erin

Mannequin Sizes

| | | |
|---|---|---|
| HEIGHT | 71 | 180cm |
| BUST | 30" | 76cm |
| WAIST | 25 | 64cm |
| HIP | 37 | 94cm |
| SHOE | 6½ | 39 |
| HEEL | | 9cm |

## ER2

Erin

Mannequin Sizes

| | | |
|---|---|---|
| HEIGHT | 71 | 180cm |
| BUST | 30 | 76cm |
| WAIST | 25 | 64cm |
| HIP | 34 | 86cm |
| SHOE | 6½ | 39 |
| HEEL | 3½" | 9cm |



## AN1

Anne V

Wig style Anne V
Make-up style Anne V

### Mannequin Sizes

## AN2

Anne V

Wig style Anne V
Make-up style Anne V

### Mannequin Sizes

All dimensions are approximate only







**NM1**
Monica
Wig style Africa

**NM2**
Ardelle
Wig style Kenya

**NM3**
Line
Wig style Somalia

# EXHIBIT B






