# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Adel Rootstein (U.S.A.), Inc.

v.

Forever 21, Inc.

Case Number: 08 CV 1596

JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Adel Rootstein (U.S.A.), Inc.

FILED
MAR. 19, 2008
MICHAEL W. DOBBINS

| | |
|---|---|
| NAME (Type or print) Matthew M. Neumeier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Matthew M. Neumeier | |
| FIRM Howrey LLP | |
| STREET ADDRESS 321 N. Clark Street, Suite 3400 | |
| CITY/STATE/ZIP Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC # 6205788 | TELEPHONE NUMBER 312 595-1239 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐