AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-19-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael Perez | Litigation Docket Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Left with receptionist at National Registered Agents, Inc. - Registered Agent for Service of Process for Forever 21, Inc. - 200 W. Adams St., Chicago, IL 60606

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-19-08
               Date

Signature of Server: *[signed] Michael J. Perez*

Address of Server: 321 N. Clark St., Chicago, IL 60610

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.