## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC., | * | |
| | * | |
| Plaintiff, | * | Case No. 08-CV-1596 (JBG) |
| | * | |
| v. | * | |
| | * | |
| FOREVER 21, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF MOTION

To:   Forever 21, c/o Registered Agent
National Registered Agents, Inc.
200 W. Adams Street
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on **April 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Joan B. Gottschall, or any other judge who may be sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's **Motion for Entry of Default**, which is hereby served upon you.

Respectfully Submitted,

/s/ Matthew M. Neumeier
One of the Attorneys for Plaintiff
*Adel Rootstein (U.S.A.), Inc.*

| | |
|---|---|
| OF COUNSEL: | Matthew M. Neumeier |
| John G. Froemming | HOWREY LLP |
| Jessica D. Bradley | 321 N. Clark Street, Suite 3400 |
| HOWREY LLP | Chicago, Illinois 60610 |
| 1299 Pennsylvania Ave., NW | Telephone: (312) 595-1239 |
| Washington, DC 20004 | Fax: (312) 595-2250 |
| Telephone: (202) 783-0800 | Email: neumeierm@howrey.com |
| Fax: (202) 383-6610 | |

## Certificate of Service

The undersigned certifies that on April 18, 2008, a true and correct copy of the foregoing **Motion for Entry of Default** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and was served upon Defendant Forever 21, Inc. by mailing a copy of the same, postage prepaid, to its registered agent for service of process.

/s/ Matthew M. Neumeier
Matthew M. Neumeier