IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC. | Case No. 08 CV 1596 |
| Plaintiff, | |
| vs. | Judge Joan B. Gottschal |
| | Magistrate Judge Michael T. Mason |
| FOREVER 21, INC., | |
| Defendant. | |

**NOTICE OF FILING**

TO:      Matthew M. Neumeier           John G. Froemming
              Howrey LLP                     Jessica D. Bradley
              321 N. Clark Street           Howrey LLP
              Suite 3400                  1299 Pennsylvania Ave., NW
              Chicago, IL 60610           Washington, DC 20004

      PLEASE TAKE NOTICE that on April 23, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **ANSWER** and **OPPOSITION TO MOTION FOR ENTRY OF DEFAULT** on behalf of Defendant, Forever 21, Inc., a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By:         /s/Brett A. August
Brett A. August (0081345)
Alexis E. Payne (6270412)
PATTISHALL MCAULIFFE NEWBURY
  HILLIARD & GERALDSON LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois  60606
Phone:  (312) 554-8000
Fax:  (312) 554-8015

Larry C. Russ
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12thFlr.
Los Angeles, CA 90025
Telephone: 310-826-7474
Fax:  310-826-6991
Email:  lcruss@raklaw.com

Attorneys for Defendant
Forever 21, Inc.