IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC.<br><br>                Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC.,<br><br>                Defendant. | Case No. 08 CV 1596<br><br>Judge Joan B. Gottschal<br>Magistrate Judge Michael T. Mason |

## **DECLARATION OF YOUNG KWON**

I, Young Kwon, declare as follows:

1. I am the general counsel of Forever 21, Inc. ("Forever 21") and am an attorney duly licensed to practice law before all the courts of the State of California. I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would testify competently thereto.

2. I have never received the service copy of the summons in this case.

3. Until I was notified of Plaintiff's Motion for Entry of Default Judgment on or about April 18, 2008, I believed in good faith that the summons had not been served.

4. On or about April 4, 2008, when Russ, August & Kabat was retained by Forever 21 as litigation counsel in this matter, I informed Larry Russ that the summons had not been served.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of April, 2008 at Los Angeles, California.

_____
Young Kwon