IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC.<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FOREVER 21, INC.,<br><br>　　　　　　　Defendant. | Case No. 08 CV 1596<br><br>Judge Joan B. Gottschal<br>Magistrate Judge Michael T. Mason |

### DECLARATION OF LARRY C. RUSS

I, Larry C. Russ, declare as follows:

1. I am an attorney duly licensed to practice law before all the courts of the State of California and a member of the firm of Russ, August & Kabat, attorneys of record for defendant Forever 21, Inc. ("Forever 21"). I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would testify competently thereto.

2. When Russ, August & Kabat was retained by Forever 21, its general counsel, Young Kwon, told to me that the summons had not been served in the above-captioned case.

3. Between April 10, 2008 and April 17, 2008, I communicated with counsel for Plaintiff, including Jessica Bradley and John Froemming, on numerous occasions regarding the possibility of settlement. At no point during our discussions did Ms. Bradley or Mr. Froemming suggest that Forever 21 was in default or that Plaintiff intended to move for entry of a default.

4. During my communications with Ms. Bradley and Mr. Froemming, I informed them that Russ, August & Kabat was Forever 21's counsel in this matter.

5.   I was not served with Plaintiff's Notice of Motion for Entry of Default, nor was I sent a courtesy copy of such Notice of by Plaintiff's counsel. I am informed and believe that it was instead served on Forever 21's registered agent in Illinois.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of April, 2008 at Los Angeles, California.

_____
Larry C. Russ