UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC.<br><br>        Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC.,<br><br>        Defendant. | Case No. 08 CV 1596<br><br>Judge Joan B. Gottschal<br>Magistrate Judge Michael T. Mason |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2008, I electronically filed Defendant's Appearances, Answer to the Complaint, Opposition to Plaintiff's Motion for Default Judgment and Declarations in support with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system to the following:

    Matthew M. Neumeier                   John G. Foremming
    neumeierm@howrey.com              froemming@howrey.com

    Jessica D. Bradley                        Gabriel A. Crowson
    bradley@howrey.com                  crowsong@howrey.com

Date: April 23, 2008               Respectfully submitted,

                                      PATTISHALL, McAULIFFE, NEWBURY,
                                        HILLIARD & GERALDSON LLP

                              By:  /s/ Alexis Payne
                                      Brett A. August (ARDC # 0081345)
                                      Bradley L. Cohn (ARDC # 6224692)
                                      Alexis E. Payne (ARDC # 6270412)
                                      311 South Wacker Drive
                                      Suite 5000
                                      Chicago, Illinois 60606
                                      (312) 554-8000

                                      Larry C. Russ
                                      RUSS, AUGUST & KABAT
                                      12424 Wilshire Blvd., 12thFlr.
                                      Los Angeles, CA 90025
                                      Telephone: 310-826-7474
                                      Fax:  310-826-6991
                                      Email:  lcruss@raklaw.com

                                      Attorneys for Forever 21, Inc.

288858v1