UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Adel Rootstein (U.S.A.), Inc.
                                      Plaintiff,

v.                                                      Case No.: 1:08–cv–01596
                                                          Honorable Joan B. Gottschall

Forever 21, Inc.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: MOTION by Plaintiff Adel Rootstein (U.S.A.), Inc. for entry of default [9] is denied without prejudice for failure to deliver a courtesy copy to Chambers. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.