IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC., | * | |
| | * | |
| Plaintiff, | * | Case No. 08-CV-1596 (JBG) |
| | * | |
| v. | * | |
| | * | |
| FOREVER 21, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CONTINUE STATUS HEARING AND TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES AND DISCOVERY PLAN

The parties jointly move to continue the Court's scheduled status hearing in this matter from May 21, 2008 to May 28, 2008, or as soon as thereafter as the Court's docket permits, because Plaintiff's lead and backup counsel have previously committed to attend a legal conference in Europe on May 21, 2008.

The parties further request that the deadline to provide initial disclosures and a discovery plan be extended from May 21, 2008 to May 28, 2008. The parties are working together to prepare the joint status report and discovery plan and would be prepared to file both documents by May 28, 2008.

Respectfully submitted,

Adel Rootstein (U.S.A.), Inc.

By: /s/ Matthew M. Neumeier
Matthew M. Neumeier
HOWREY LLP

1

321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250
Email: neumeierm@howrey.com

OF COUNSEL:

John G. Froemming
Jessica D. Bradley
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800
Fax: (202) 383-6610

Attorneys for Plaintiff
Adel Rootstein (U.S.A.), Inc.

Forever 21, Inc.

By: _____
Brett A. August
Alexis E. Payne
Pattishall, McAuliffe, Newbury, Hilliard &
Geraldson LLP
311 N. South Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 554-8000
Fax: (312) 554-8015
Email: baugust@pattishall.com

OF COUNSEL:

Larry C. Russ
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Fax: (310) 826-6991

Attorneys for Defendant
Forever 21, Inc.

DM_US:21228804_1