IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC., | * | |
| | * | |
| Plaintiff, | * | Case No. 08-CV-1596 (JBG) |
| | * | |
| v. | * | |
| | * | |
| FOREVER 21, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **May 29, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Joan B. Gottschall, or any other judge who may be sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' **Joint Motion to Continue Status Hearing and To Extend Deadline to File Initial Disclosures and Discovery Plan**, a copy of which is hereby filed and served via the Court's CM/ECF system.

Respectfully submitted          *Plaintiff Adel Rootstein (U.S.A.), Inc.*

/s/ Matthew M. Neumeier
One of the Attorneys for Plaintiff

| | |
|---|---|
| OF COUNSEL: | Matthew M. Neumeier |
| John G. Froemming | HOWREY LLP |
| Jessica D. Bradley | 321 N. Clark Street, Suite 3400 |
| HOWREY LLP | Chicago, Illinois 60610 |
| 1299 Pennsylvania Ave., NW | Telephone: (312) 595-1239 |
| Washington, DC 20004 | Fax: (312) 595-2250 |
| Telephone: (202) 783-0800 | Email: neumeierm@howrey.com |

1

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 16, 2008, a true and correct copy of the foregoing **Joint Motion to Continue Status Hearing and To Extend Deadline to File Initial Disclosures and Discovery Plan** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.

/s/ Matthew M. Neumeier
Matthew M. Neumeier