**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Adel Rootstein (U.S.A.), Inc.
                            Plaintiff,

v.                                                            Case No.: 1:08−cv−01596
                                                                           Honorable Joan B. Gottschall

Forever 21, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:MOTION by Plaintiff Adel Rootstein (U.S.A.), Inc., Defendant Forever 21, Inc. to continue to status hearing [23] is granted.( Status hearing set for 5/21/2008 is stricken and reset to 5/28/2008 at 09:30 AM.) Initial disclosures and discovery plan are extended and due by 5/28/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.