IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL ROOTSTEIN (U.S.A.), INC., | * |
| Plaintiff, | *   Case No. 08-CV-1596 (JBG) |
| v. | * |
| FOREVER 21, INC., | * |
| Defendant. | * |

*******************************************

## STIPULATED NOTICE OF DISMISSSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Adel Rootstein (U.S.A.), Inc. and Defendant Forever 21, Inc. hereby voluntarily dismiss the above-captioned case, No. 08-CV-1596, with prejudice. In support of this Notice of Dismissal, the parties state as follows:

1.  Plaintiff filed the complaint on March 19, 2008.

2.  Defendant filed an answer to the complaint on April 23, 2008.

3.  The parties entered into a settlement agreement on May 27, 2008 that resolves all the claims at issue in the case.

WHEREFORE, the parties request that the Court dismiss this proceeding, with prejudice.

Respectfully submitted,

Adel Rootstein (U.S.A.), Inc.

By:  /s/ Gabriel A. Crowson
     Matthew M. Neumeier
     Gabriel A. Crowson
     HOWREY LLP

321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250
Email: neumeierm@howrey.com

OF COUNSEL:

John G. Froemming
Jessica D. Bradley
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800
Fax: (202) 383-6610

Attorneys for Plaintiff
Adel Rootstein (U.S.A.), Inc.

Forever 21, Inc.

By: /s/ Alexis E. Payne (with permission)
Brett A. August
Alexis E. Payne
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 N. South Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 554-8000
Fax: (312) 554-8015
Email: baugust@pattishall.com

OF COUNSEL:

Larry C. Russ
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Fax: (310) 826-6991

Attorneys for Defendant
Forever 21, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system this 12th day of June, 2008.

                                            /s/ Gabriel A. Crowson
                                            Gabriel A. Crowson